| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  **Pro Installs Appliance Installations, Inc.**

2. **All other names debtor
   used in the last 8 years**
   Include any assumed
   names, trade names and
   *doing business as* names

3. **Debtor's federal
   Employer Identification
   Number (EIN)**  245-5251971

4. **Debtor's address**  **Principal place of business**    **Mailing address, if different from principal place of
   business**

   **9431 Haven Ave., Ste. 207
   Rancho Cucamonga, CA 91730**
   Number, Street, City, State & ZIP Code    P.O. Box, Number, Street, City, State & ZIP Code

   **San Bernardino**    **Location of principal assets, if different from principal
   place of business**
   County

   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Pro Installs Appliance Installations, Inc.**                    Case number (if known) _____
    Name

**7.  Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | Pro Installs Appliance Installations, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

Debtor   **Pro Installs Appliance Installations, Inc.**                    Case number (*if known*) _____
_____Name_____

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/16/2020
                 MM / DD / YYYY

X _____          Christopher Loya
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**   X _____          Date  11/16/2020
                               Signature of attorney for debtor                 MM / DD / YYYY

Michael Jay Berger
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**     Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify the case:

| Debtor name | Pro Installs Appliance Installations, Inc. |
|---|---|
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| | | | | $2,285.00 | $0.00 | $2,285.00 |
| Ally PO Box 380902 Minneapolis, MN 55438 | | | | | | $2,285.00 |
| Benton Insurance Agency LLC 1801 S. La Cienega Blvd., Ste. 201 Los Angeles, CA 90035 | | Workers' compensation insurance audit | Contingent Unliquidated Disputed | | | $22,477.00 |
| Chase PO Box 15123 Wilmington, DE 19850 | | Credit card | | | | $24,606.00 |
| Chase PO Box 15123 Wilmington, DE 19850 | | Credit card | | | | $7,489.00 |
| Construction Laborers Trust c/o Reich, Adell & Cvitan 3550 Wilshire Blvd., Ste. 2000 Los Angeles, CA 90010 | | Judgment | Contingent Unliquidated Disputed | | | $1,897,313.00 |
| Roxford Industrial 11620 Wilshire Blvd., 10th Fl. Los Angeles, CA 90025 | | Unpaid rent | | | | $16,866.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor  **Pro Installs Appliance Installations, Inc.**                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sears Holdings Corp.** c/o Katten Muchin Rosenman LLP 575 Madison Ave New York, NY 10022 | | **Payments subject of a pending preference avoidance action brought by StarWest, LLC, a CA Builder Alliance, Inc., (jointly administered with Sears bank** | **Contingent Unliquidated Disputed** | | | $226,186.50 |
| **Wells Fargo Auto** PO Box 5265 Sioux Falls, SD 57117 | | 2017 Ford F250 Super | | $25,547.00 | $0.00 | $25,547.00 |

# United States Bankruptcy Court
## Central District of California

In re    **Pro Installs Appliance Installations, Inc.**        Case No. _____

                                          Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Christopher Loya<br>9431 Haven Ave., Ste. 207<br>Rancho Cucamonga, CA 91730 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, Christopher Loya, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   11 | 16 | 2020          Signature     _____
                                                Christopher Loya

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571.

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
California State Bar Number: 100291 CA
**michael.berger@bankruptcypower.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Pro Installs Appliance Installations, Inc.**

CASE NO.:
CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 11/16/2020

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 11/16/2020

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Pro Installs Appliance Installations, Inc.
9431 Haven Ave., Ste. 207
Rancho Cucamonga, CA 91730


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Ally
PO Box 380902
Minneapolis, MN 55438


Benton Insurance Agency LLC
1801 S. La Cienega Blvd., Ste. 201
Los Angeles, CA 90035


Chase
PO Box 15123
Wilmington, DE 19850


Christopher Loya
9431 Haven Ave., Ste. 207
Rancho Cucamonga, CA 91730


Construction Laborers Trust
c/o Reich, Adell & Cvitan
3550 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90010


Franchise Tax
Bankrutpcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

IRS
P.O. Box 7346
Philadelphia, PA 19101

Kimberly Smith
7674 Alderwood Ave
Corona, CA 92880

Rexford Industrial
11620 Wilshire Blvd., 10th Fl.
Los Angeles, CA 90025

Rupal Law
Attn: Mandeep Rupal
4740 Green River Rd., Suite 207
Corona, CA 92880

Sears Holdings Corp.
c/o Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022

Wells Fargo Auto
PO Box 5265
Sioux Falls, SD 57117

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☑ *Attorney for:  Pro Installs Appliance Installations, Inc.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: |
|---|---|
| **Pro Installs Appliance Installations, Inc.** | ADVERSARY NO.: |
| Debtor, | CHAPTER:   11 |
| Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |
| Defendant(s). | |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Christopher Loya _____ , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1.  I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**Christopher Loya - President and 100% shareholder.**

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date  11/16/2020

By:  _____
Signature of Debtor or attorney for Debtor

Name:  **Christopher Loya**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012                                              F 1007-4.CORP.OWNERSHIP.STMT